Supplement to Civil Cover Sheet to aid in complying with TXED LR CV-81(c)
02/2026

# Supplement to Civil Cover Sheet for a Case Removed From State Court

**This form may be used to provide information required by LR CV-81(c)(1), (3), (4), and (5). Attach additional sheets as necessary.**

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 411TH JUDICIAL DISTRICT POLK COUNTY TEXAS | CIV26-0380 |

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
| Mia Brooke James & Skylar Blaine Hall - Plaintiffs | Bennie D. Rush |
| Jack Edward Jeffery & Texas Born Amuesements - Def. | Clark Edgecomb |
| | |
| | |
| | |

3. **Jury Demand:**

Was a Jury Demand made in State Court? ☑ Yes ☐ No

If "*Yes,*" by which party(ies)?

DEFENDANTS

To e-file, combine with the civil cover sheet and flatten or separately attach flattened form after uploading the civil cover sheet. Upload instructions are provided in the *Notice of Removal* event in CM/ECF.